122 P.3d 828

# SUPREME COURT OF HAWAI'I

**November 21, 2005**

| 25068 | State v. Murauskas | Affirmed |
|---|---|---|

**November 23, 2005**

| 26103 | Nakapalau v. Koller | Affirmed |
|---|---|---|